

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

**Order Filed on August 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Sharon Jenkins aka Sharon Thompson, | Case No. 15-32694-ABA |
| | Hearing Date: September 14, 2016 at 10:00 a.m. |
| Debtor. | Judge: Andrew B. Altenburg, Jr. |

**AGREED ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 4, 2016**

_/s/ signature_

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:            Sharon Jenkins aka Sharon Thompson
Case No.:          15-32694-ABA
Caption of Order:  **AGREED RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC**

The parties have resolved Debtor's treatment of the claim filed by Ditech Financial LLC fka Green Tree Servicing LLC, with respect to real property located at 2309 Baird Boulevard, Camden, New Jersey 08105, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that;

**ORDERED AS FOLLOWS:**

1. Debtor shall docket a motion to approve loan modification within six (6) months of entry of this order. If the Debtor cannot do so, the parties agree that this order can be amended by consent to further address treatment of the Secured Creditor within the above required time frame.

2. Beginning with the payment due for August 2016, Debtor shall make monthly adequate protection payments in the amount of $478.51 to the Secured Creditor while the loan modification is being reviewed.

3. In the event Debtor does not comply with any of the above requirements, Secured Creditor may submit an order providing relief from the automatic stay without further application to the Court.