Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

**Order Filed on August 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sharon Jenkins aka Sharon Thompson, | Case No. 15-32694-ABA |
|  | Hearing Date: September 14, 2016 at 10:00 a.m. |
| Debtor. | Judge: Andrew B. Altenburg, Jr. |

**AGREED ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 4, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:            Sharon Jenkins aka Sharon Thompson
Case No.:          15-32694-ABA
Caption of Order:  **AGREED RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC**

The parties have resolved Debtor's treatment of the claim filed by Ditech Financial LLC fka Green Tree Servicing LLC, with respect to real property located at 2309 Baird Boulevard, Camden, New Jersey 08105, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that;

**ORDERED AS FOLLOWS:**

1. Debtor shall docket a motion to approve loan modification within six (6) months of entry of this order.  If the Debtor cannot do so, the parties agree that this order can be amended by consent to further address treatment of the Secured Creditor within the above required time frame.

2. Beginning with the payment due for August 2016, Debtor shall make monthly adequate protection payments in the amount of $478.51 to the Secured Creditor while the loan modification is being reviewed.

3. In the event Debtor does not comply with any of the above requirements, Secured Creditor may submit an order providing relief from the automatic stay without further application to the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32694-ABA
Sharon Jenkins                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 04, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db            +Sharon Jenkins,    4522 Forrest Avenue,    Pennsauken, NJ 08110-4107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:
      Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Francesca Ann Arcure    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
       nj_ecf_notices@buckleymadole.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Jeanette F. Frankenberg    on behalf of Creditor   Bank of America, NA cmecf@sternlav.com
      Joshua I. Goldman    on behalf of Creditor   Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Mark W. Ford    on behalf of Debtor Sharon  Jenkins markfordlaw@juno.com,
       dsorbello@MarkFordLaw.comcastbiz.net
      R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Steven P. Kelly    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
       EquiFirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
       skelly@sterneisenberg.com,    ckohn@sterneisenberg.com
                                                                                                   TOTAL: 9