| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Sharon Jenkins | Case Number:   15-32694<br>Hearing Date:   October 18, 2016<br>Judge:          Andrew B. Altenburg, Jr.<br>Chapter:        13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## NOTICE OF MOTION TO APPROVE LOAN MODIFICATION

Sharon Jenkins has filed papers with the court to approve a loan modification for 1288 Sheridan Street, Camden, New Jersey 08104.

**YOUR RIGHTS MAY BE AFFECTED. You should read papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

        Hearing Date:     October 18th 2016
        Hearing Time:     10:00 a.m.
        Hearing Location: Mitchell H. Cohen Federal Courthouse
                                 401 Market Street Courtroom
                                   Camden , New Jersey 08102
                                   Court Room B an C

If you mail your response to the clerk for filing, you mail it early enough so the court will receive in on or before 7 days prior to the hearing.

You must also mail a copy of your response to:

Ms. Isabel Balboa, Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Bank of America

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relier.

Date: September 23, 2016

/s/ Mark W. Ford
Mark W. Ford, Esq.
Attorney for Debtor

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Sharon Jenkins | Case Number:   15-32694<br><br>Hearing Date:   October 18, 2016<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER GRANTING APPROVAL OF A PERMANENT LOAN MODIFICATION

The relief set forth on the following page, numbered four (4) is **ORDERED**

The Court having reviewed the movant's Notice of Motion to Approve Loan Modification, and any related responses or objections, it is hereby

ORDERED that:

1. the permanent loan modification for 1288 Sheridan Street, Camden, New Jersey 08104

2. it is further ordered that the debtor will file an amended Schedule I & J within (10) days

3. it is further ordered that the debtor will submit a Modified Chapter 13 Plan with (10) days

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Sharon Jenkins | Case Number: 15-32694<br>Hearing Date: October 18, 2016<br>Judge: Andrew B. Altenburg, Jr.<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SHARON JENKINS

I, SHARON JENKINS, in the above captioned case, submit this Certification in support of the Motion for Approval of Loan Modification for 1288 Sheridan Street, Camden, NJ 08104 filed by me on September 24, 2016.

1. Debtor, Sharon Jenkins ad Bank of America have agreed to a loan modification. See attached EXHIBIT "A".

2. The Loan Modification is in the best interests of the debtor as it lowers the current payments and will allow Debtor to retain the property.

I certify under penalty of perjury that the above is true.

Date: September 24, 2016          /s/Sharon Jenkins
                                  Sharon Jenkins

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:<br><br>Sharon Jenkins | Case Number:  15-32694<br>Hearing Date:  October 18, 2016<br>Judge:  Andrew B. Altenburg, Jr.<br>Chapter:  13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: September 24, 2016                    /s/Mark W. Ford, Esq.
                                            Mark W. Ford

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:<br><br>Sharon Jenkins | Case Number: 15-32694<br>Hearing Date: October 18, 2016<br>Judge: Andrew B. Altenburg, Jr.<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SERVICE

1. I, Terry LaBance :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for Mark W. Ford , who represents Sharon Jenkins in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On September , 2016, I sent a copy of the following pleadings and or documents to the parties listed in the attach chart below.

   a. Notice of Motion to Approve Loan Modification

   b. Statement as to Why No Brief is Necessary

   c, Certification in Support of Motion to Approve Loan Modifications

   d. Proposed Order approving Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 24, 2016

Terry LaBance

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa<br>Standing Chapter 13 Trustee<br>535 Rt. 38, Suite 580<br>Cherry Hills, NJ  08002 | Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Attorney for Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>Other E-File<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2