**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−32694−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Jenkins
   aka Sharon Thompson
   4522 Forrest Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−5252

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 27, 2016
JJW: bc

                James J. Waldron
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-32694-ABA
Sharon Jenkins                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2            Date Rcvd: Sep 27, 2016
                              Form ID: 148               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
```
db            +Sharon Jenkins,    4522 Forrest Avenue,     Pennsauken, NJ 08110-4107
cr            +Bank of America, NA,    Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway,    Suite 302,
               Roseland, NJ 07068-1640
cr            +Ditech Financial LLC fka Green Tree Servicing LLC,     c/o Buckley Madole PC,
               99 Wood Ave South #803,    Iselin, NJ 08830-2713
516100736      Bank of America, N.A,    P.O Box 31785,    Tampa, FL 33631-3785
515883661     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515883662     +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
516115101      Deutsche Bank National Trust Company,     c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515883664     +Deutsche Bank National Trust Company,     1761 East St. Andrews Place,    Santa Ana, CA 92705-4934
515883665     +Fein, Such, Kahn, & Shepard,    7 Century Drive, Ste. 201,    Parsippany, NJ 07054-4673
515883669     +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
515883670     +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
515883671     +M & T Bank Mortgage,    PO Box 900,    Millsboro, DE 19966-0900
515883672     +Nation Star Mortgage, LLC,    350 Highland Drive,    Lewsiville, TX 75067-4177
515883673     +Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    PO Box 24781,
               West Palm Beach, FL 33416-4781
515891505     +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
               Boca Raton, FL 33487-2853
515883674     +Parker McCay, P.A.,    9000 Midlantic Drive, Ste. 300, PO Box 5,    Mount Laurel, NJ 08054-0005
515883675     +Stern, Lavinthal, & Frankenberg, LLC,    105 Eisenhower Parkway, Ste. 302,
               Roseland, NJ 07068-1640
515883676      Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road, Ste. 200,
               Cherry HIll, NJ 08003-3620
515883677    #+Zucker, Goldberg, & Ackerman, LLC,     200 Sheffield St., Ste. 201, PO Box 1024,
               Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 23:12:20     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 23:12:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515883659     +EDI: BANKAMER.COM Sep 27 2016 22:43:00      BAC Home Loans Servicing,    7105 Corporate Drive,
               Plano, TX 75024-4100
515883660     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 27 2016 23:12:43
               Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    Coral Gables, FL 33146-1837
516107403      E-mail/Text: camanagement@mtb.com Sep 27 2016 23:12:04      Bayview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516107435      E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2016 23:12:02      Ditech Financial LLC,
               fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
515883667      E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2016 23:12:02
               Green Tree Bankruptcy Department,    PO Box 6154,    Rapid City, SD 55709
515883668      EDI: WACHOVIA.COM Sep 27 2016 22:43:00      Homeq Servicing,    4837 Watt Avenue,
               North Highlands, CA 95660
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515883663*     +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
515883666*     +Fein, Such, Kahn, & Shepard,    7 Century Drive, Ste. 201,    Parsippany, NJ 07054-4673
515883658     ##Aurora Loan Services,    2617 College Park Dr., PO Box 1706,    Scottsbluff, NE 69363-1706
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2016
                               Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, NA cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W. Ford    on behalf of Debtor Sharon  Jenkins markfordlaw@juno.com,
               dsorbello@MarkFordLaw.comcastbiz.net
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dnj@pbslaw.org
              Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               EquiFirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```